**Frank COLE, Appellant, v. POSTAL–TELE-GRAPH CABLE COMPANY, Appellee.**

**No. 5534.**

Circuit Court of Appeals, Fifth Circuit.

Jan. 18, 1930.

W. L. Willie, of Paris, Tex., for appellant.

William C. Fitts, of Birmingham, Ala. (William C. Fitts and William C. Fitts, Jr., both of Birmingham, Ala., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**Lyndon R. CONNETT and John B. Allen, Doing Business as L. R. Connett & Co., Appellees, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellant, Tice Towing Line, Appellee.**

**No. 92.**

Circuit Court of Appeals, Second Circuit.

Feb. 3, 1930.

Charles H. Tuttle, U. S. Atty., of New York City, and Anthony M. Menkel, Sp. Asst. U. S. Atty., of Brooklyn, N. Y., for appellant.

Park, Mattison & Lynch, of New York City (Henry E. Mattison, of New York City, of counsel), for appellee Tice Towing Line.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

In an action at law for damages to plaintiffs' scow, judgment was entered in favor of the plaintiffs against the Fleet Corporation, and the complaint was dismissed against the Tice Towing Line, a judgment for costs in its favor being entered against the plaintiffs. On the authority of Johnson v. U. S. Shipping Board Emergency Fleet Corporation, 50 S. Ct. 118, 74 L. Ed. ——, decided January 6, 1930, by the Supreme Court of the United States, the judgment against the Fleet Corporation is reversed, and the cause remanded, with directions to dismiss for lack of jurisdiction. The judgment for costs in favor of Tice Towing Line is affirmed.

**NEW YORK CENTRAL RAILROAD COMPANY, Libelant-Appellee, v. THE LIGHTER ERIE NO. 151, Her Tackle, etc.; Erie Railroad Company, Claimant-Appellant.**

**No. 205.**

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1930.

Anthony V. Lynch, Jr., and Park, Mattison & Lynch, all of New York City, for appellant.

Bigham, Englar, Jones & Houston, of New York City (Charles A. Van Hagen, Jr., and Leonard J. Mattison, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed in open court.